FILED: August 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 14-4959**
**(1:14-cr-00142-WO-1)**

───────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

ENNIS TREVOR BILLUPS,

                Defendant - Appellant.

───────────────

O R D E R

───────────────

After a review of the record pursuant to Anders v. California, 386 U.S. 738 (1967), we conclude that there is a nonfrivolous issue that would benefit from adversarial presentation.  Accordingly, we direct the parties to submit merits briefs addressing whether, in light of the Supreme Court's recent decision in United States v. Johnson, __ S. Ct. __, No. 13-7120, 2015 WL 2473450 (U.S. June 26, 2015), the district court committed reversible error by treating Billups' prior common-law robbery offenses as violent felonies under the Armed Career Criminal Act, 18 U.S.C. § 924(e) (2012). By separate order, the Clerk will establish an appropriate briefing schedule.

For the Court

/s/ Patricia S. Connor, Clerk