Filed: August 10, 2015

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

## SUPPLEMENTAL BRIEFING ORDER
_____

No. 14-4959,    US v. Ennis Billups
                 1:14-cr-00142-WO-1

The court directs supplemental briefing as follows:

Supplemental briefs due: 08/31/15

The briefs and any supplemental appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

                      /s/ PATRICIA S. CONNOR, CLERK
                      By: Michael Radday, Deputy Clerk