# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 7, 2016

_____

## COPY FOLLOW-UP NOTICE
_____

No. 14-4959,   <u>US v. Ennis Billups</u>
                1:14-cr-00142-WO-1

PAPER COPIES DUE: 01/12/2016

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing additional paper copies. Send sealed and redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested.

| Document | # of Copies | Required From: |
|---|---|---|
| Opening Brief | 3 | Appellant |
| Response Brief | | |
| Reply Brief | | |
| Opening/Response Brief | | |
| Response/Reply Brief | | |
| Supplemental Brief | 3 | Appellee |
| Intervenor/Amicus Brief | | |
| Appendix | | |
| Supplemental Appendix | | |

/s/ PATRICIA S. CONNOR, CLERK